IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TANIKA SOWELL, | : |
|  | : CIVIL ACTION |
|  | : |
|  | : NO. 14-cv-3039 |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| KELLY SERVICES, INC., | : |
|  |  |
| Defendant. |  |

**ORDER**

AND NOW, this    13th    day of October 2015, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 29), Plaintiff's Response in Opposition thereto (Doc. No. 31), and Defendant's Reply in Further Support thereof (Doc. No. 35), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) Defendant's Motion for Summary Judgment for all claims under the Family and Medical Leave Act is DENIED.

(2) Defendant's Motion for Summary Judgment for all claims under the Americans with Disabilities Act is DENIED.

(3) Defendant's Motion for Summary Judgment for all claims under the Pennsylvania Human Relations Act is GRANTED.

The issues on which the Court has denied summary judgment are left for resolution at trial.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.